No. 25-40624

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

ASSOCIATION OF AMERICAN PHYSICIANS AND SURGEONS
EDUCATIONAL FOUNDATION, AAPS; DR. PIERRE KORY; DR. PAUL
MARIK,
Plaintiffs-Appellants

v.

AMERICAN BOARD OF INTERNAL MEDICINE, ABIM; AMERICAN
BOARD OF OBSTETRICS & GYNECOLOGY, ABOG; AMERICAN BOARD
OF FAMILY MEDICINE, ABFM; KRISTI NOEM, SECRETARY, U.S.
DEPARTMENT OF HOMELAND SECURITY,
Defendants-Appellees.
_____

On Appeal from the United States District Court
for the Southern District of Texas No. 3:22-cv-240
(The Honorable Jeffrey Brown)
_____

UNOPPOSED MOTION FOR EXTENSION OF TIME OF APPELLEES
AMERICAN BOARD OF INTERNAL MEDICINE, AMERICAN BOARD OF
OBSTETRICS & GYNECOLOGY, AMERICAN BOARD OF FAMILY
MEDICINE, AND KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF
HOMELAND SECURITY
_____

To the Honorable Court of Appeals:

Appellees, American Board of Internal Medicine, American Board of

Obstetrics and Gynecology, American Board of Family Medicine, and Kristi Noem,

Secretary, U.S. Department of Homeland Security ("Appellees") file this Unopposed Motion to Extend Time to File Appellees' Briefs:

1. Appellants, Association of American Physicians and Surgeons Educational Foundation, Dr. Pierre Kory, and Dr. Paul Marik filed their Notice of Appeal on October 01, 2025.

2. Appellants filed their Brief on December 02, 2025.

3. The Appellees' Briefs are currently due January 2, 2026.

4. In light of Appellees' counsel's schedules, as well as the need for coordination among multiple Appellees' counsel to streamline the issues for presentation to the Court, the Appellees request an extension of time to file the Appellees' responsive briefs.

5. Appellees seek a 14-day extension, to January 16, 2026, to file their briefs.

6. Appellants have advised Appellees' counsel that they do not oppose the Appellees' requested extension.

7. This is Appellees' first request for an extension.

8. Based upon the foregoing, Appellees pray that this Honorable Court grant this Motion and allow Appellees until and including January 16, 2026 to file their briefs.

Respectfully submitted,

| | |
|---|---|
| BALLARD SPAHR LLP<br>*/s/ Paul Lantieri III*<br>Paul Lantieri III (admitted *pro hac vice*)<br>lantierip@ballardspahr.com<br>Jason Leckerman (admitted *pro hac vice*)<br>leckermanj@ballardspahr.com<br>Elizabeth Weissert (admitted *pro hac vice*)<br>Weisserte@ballardspahr.com<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>Tel. 215.665.8500<br>Fax 215.864.8999<br><br>GERGER HENNESSY & MARTIN LLP<br>*/s/ David Gerger*<br>David Gerger<br>State Bar No. 07816360<br>Federal Bar ID 10078<br>dgerger@ghmfirm.com<br>700 Louisiana, Suite 2300<br>Houston, Texas 77002<br>Tel. 713.224.4400<br>*Counsel for Defendant-Appellee American Board of Internal Medicine*<br><br>MCGINNIS LOCHRIDGE LLP<br>*/s/ April E. Lucas*<br>Ashley E. Parrish<br>State Bar No. 15536850<br>aparrish@mcginnislaw.com<br>500 N. Akard St., Ste. 2250<br>Dallas, Texas 75201<br>Tel. 214.307.6960<br>Fax 214.307.6990<br>April E. Lucas<br>State Bar No. 24046323<br>alucas@mcginnislaw.com<br>1111 West 6th Street, Bldg. B, Suite 400 | THOMPSON, COE, COUSINS & IRONS, L.L.P.<br>*/s/ Cassie J. Dallas*<br>Barry A. Moscowitz<br>State Bar No. 24004830<br>bmoscowitz@thompsoncoe.com<br>Cassie J. Dallas<br>State Bar No. 24074105<br>cdallas@thompsoncoe.com<br>Plaza of the Americas<br>700 N. Pearl Street, Twenty-Fifth Floor<br>Dallas, Texas 75201-2832<br>Tel. 214.871.8200<br>Fax 214.871.8209<br>*Counsel for Defendant-Appellee American Board of Family Medicine*<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>*/s/ Samuel B. Goldstein*<br>Daniel Tenny<br>DC Bar No. 981312<br>Daniel.tenny@usdoj.gov<br>Samuel B. Goldstein<br>DC Bar No. 1671572<br>Samuel.b.goldstein@usdoj.gov<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>Tel. 202.514.2000<br><br>*Counsel for Defendant-Appellee Kristi Noem* |

Austin, Texas 787031
Fax 512.505.6382

*Counsel for Defendant-Appellee*
*American Board of Obstetrics &*
*Gynecology*

Dated: December 12, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this case.

                                                 */s/ Paul Lantieri III*
                                                 Paul Lantieri III

## CERTIFICATE OF CONFERENCE

I certify that on December 8, 2025, I conferred with counsel for Appellants regarding the requested extension of time, and they advised that Appellants do not oppose the request.

                                                 */s/ Paul Lantieri III*
                                                 Paul Lantieri III