# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 15, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-40624   Assoc of Amer Physn v. Bd of Inter Med
                  USDC No. 3:22-CV-240

The court has granted an extension of time to and including January 16, 2026 for filing appellee's/respondent's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Ms. Cassie J. Dallas
Mr. Eric K. Gerard
Mr. David Benjamin Gerger
Mr. Samuel Benjamin Goldstein
Mr. Paul Lantieri III
Mr. Jason Allen Leckerman
Ms. April Elizabeth Lucas
Mr. Barry Andrew Moscowitz
Mr. Ashley T. Parrish
Mr. Andrew Layton Schlafly
Mr. Indraneel Sur
Mr. Daniel Bentele Hahs Tenny
Mr. Andrew Philip Valencia
Ms. Elizabeth Weissert