No. 25-40624

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ASSOCIATION OF AMERICAN PHYSICIANS AND SURGEONS EDUCATIONAL FOUNDATION, AAPS; PIERRE KORY, M.D., M.P.A.; PAUL E. MARIK, M.D., FCCM, FCCP

Plaintiffs-Appellants,

v.

AMERICAN BOARD OF INTERNAL MEDICINE, ABIM; AMERICAN BOARD OF OBSTETRICS & GYNECOLOGY, ABOG; AMERICAN BOARD OF FAMILY MEDICINE, ABFM; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY

Defendants-Appellees.

On Appeal from the United States District Court
for the Southern District of Texas No. 3:22-cv-420
(The Honorable Jeffrey Brown)

BRIEF OF APPELLEE
AMERICAN BOARD OF FAMILY MEDICINE

Cassie J. Dallas
cdallas@thompsoncoe.com
Barry A. Moscowitz
bmoscowitz@thompsoncoe.com
Shelby G. Hall
shall@thompsoncoe.com
Thompson, Coe, Cousins & Irons, LLP
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**Counsel for Appellee American Board of Family Medicine**

## CERTIFICATE OF INTERESTED PERSONS

Defendant-Appellee American Board of Family Medicine ("ABFM") certifies that ABFM has no parent corporation and there is no publicly-held corporation that owns 10% or more of its stock.

ABFM further certifies that the following listed persons and entities, as described in the fourth sentence of Local Rule 28.2.1, have an interest in the outcome of this case. These representations are made in order that the Honorable Judges of this Court may evaluate possible disqualification or recusal:

### Defendants-Appellees

1. American Board of Internal Medicine
2. American Board of Family Medicine
3. American Board of Obstetrics & Gynecology
4. Kristi Noem, Secretary, U.S. Department of Homeland Security

### Counsel for Defendant-Appellees

Barry A. Moscowitz
Cassie J. Dallas
Shelby G. Hall
THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor

Jason Leckerman
Paul Lantieri III
Elizabeth Weissert
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103

Ashley Parrish
MCGINNIS LOCHRIDGE LLP
500 N. Akard St., Ste. 2250
Dallas, Texas 75201

April Lucas
MCGINNIS LOCHRIDGE LLP
1111 West Sixth Street, Bldg B, Ste 400
Austin, Texas 78703

Marcus Eason
MCGINNIS LOCHRIDGE LLP
609 Main St., Ste. 2800
Houston, Texas 77002

Samuel B. Goldstein
Daniel Tenny
U.S. Department of Justice, Civil Division, Appellate Staff
950 Pennsylvania Avenue NW
Washington, DC 20530

**<u>Plaintiff-Appellant</u>**

1. Association of American Physicians and Surgeons Educational Foundation
2. Pierre Kory, M.D.
3. Paul Marik, M.D.

**<u>Counsel for Plaintiff-Appellant</u>**

Andrew L. Schlafly
939 Old Chester Rd.
Far Hills, New Jersey 07931

DATE: January 16, 2026            /s/ *Cassie J. Dallas*
                                  Counsel for Defendant-Appellee
                                  American Board of Family Medicine

## STATEMENT REGARDING ORAL ARGUMENT

ABFM respectfully submits that oral argument is unnecessary. Should the Court decide to set the appeal for oral argument, ABFM would like the opportunity to participate.

# TABLE OF CONTENTS

Certificate of Interested Persons ................................................................... 2

Statement Regarding Oral Argument ........................................................... 4

Table of Contents ........................................................................................... 5

Table of Authorities ....................................................................................... 6

Statement of Jurisdiction ................................................................................ 7

Statement of the Issues ................................................................................... 8

Statement of the Case ..................................................................................... 8

    I.    Introduction ................................................................................. 8

    II.   As a Party to the Judgment, AAPS Is a Party on Appeal, But Appellants Have Waived All Right to Relief from the Judgment as to ABFM ............................................................................... 9

Summary of the Argument ........................................................................... 10

Argument ...................................................................................................... 10

Conclusion ................................................................................................... 11

Certificate of Compliance ............................................................................ 13

# TABLE OF AUTHORITIES

**Page(s)**

**CASES**

*Adams v. Unione Mediterranea Di Sicurta*,
   364 F.3d 646 (5th Cir. 2004) ............................................................................. 11

*Patterson v. Mobil Oil Corp.*,
   335 F.3d 476 (5th Cir. 2003) ............................................................................. 11

**RULES**

Fed. R. App. P. 3 ................................................................................................... 10

## STATEMENT OF JURISDICTION

This Court has jurisdiction pursuant to 28 U.S.C. § 1291 to review the final judgment entered by the district court.

## STATEMENT OF THE ISSUES

1. Whether the judgment must be affirmed as to ABFM because Appellants'—notwithstanding their overly broad request for relief from the Judgment—have waived any challenge the District Court's order granting dismissal of their claims against ABFM.

## STATEMENT OF THE CASE

### I. Introduction

Plaintiffs-Appellees the Association of American Physicians and Surgeons Educational Found ation (AAPS) and Doctors Pierre Kory and Paul E. Marik (collectively Appellants) make clear that they do not believe Defendant-Appellee American Board of Family Medicine (ABFM) is a party to this appeal. Appellants' Certificate of Interested Parties states that ABFM is not a party, and Appellants represent in their Jurisdictional Statement that they "do not appeal the ruling on July 29, 2025, which adopted the magistrate judge's recommendation to grant the motion to dismiss filed by the American Board of Family Medicine . . . ." (Appellants' Br. at 1). Appellants also do not raise or brief any issues as to ABFM. (*See generally* Appellants' Br. at 1-2).

Even so, Appellants ask that this Court "fully reverse the decision below." (Appellants' Br. at 58). Out of an abundance of caution and to preserve the District

Court's Judgment in its favor, ABFM submits this brief because of Appellants' overly broad request for relief.

## II. As a Party to the Judgment, AAPS Is a Party on Appeal, But Appellants Have Waived All Right to Relief from the Judgment as to ABFM

AAPS and Drs. Kory, Marik, as well as Dr. Karl Hanson[1] sued Defendants the American Board of Internal Medicine, American Board of Family Medicine (ABFM), and the American Board of Obstetrics and Gynecology for allegedly violating their First Amendment and due process rights, violations of Sections 1 and 2 of the Sherman Act, and tortious interference. (*See* ROA.679-737). ABFM moved to dismiss Appellants' claims based on a lack of personal jurisdiction and failure to state a claim. (ROA.844-85). Only AAPS and Dr. Hanson responded to ABFM's Motion. (ROA.1020-31).

Magistrate Judge Edison issued a memorandum and recommendation that ABFM's Motion be granted based on a lack of personal jurisdiction and that Plaintiffs' claims against ABFM be dismissed without prejudice. (ROA.1186-92). The District Court adopted the Magistrate's recommendation and dismissed Plaintiffs' claims against ABFM. (ROA.1203-04). Soon after, the Court incorporated its ruling into the Amended Final Judgment. (ROA.1239-40).

---

[1] Karl N. Hanson, M.D. was a plaintiff below. He has not appeared as a party to this appeal and is not identified as a party appealing the judgment in the Notice of Appeal. (ROA.1245-46).

9

AAPS and Drs. Kory and Marik subsequently appealed the Amended Final Judgment. (ROA.1241-42). Appellants have not briefed any issues challenging the judgment as to ABFM and thus have waived the right to full reversal of the District Court's decision below. The Court should affirm as to ABFM.

## SUMMARY OF THE ARGUMENT

Appellants failed to present any issue for appellate review related to ABFM. Because Appellants present nothing pertaining to ABFM for the Court to review on appeal, the District Court's Amended Final Judgment dismissing all claims as to ABFM should be affirmed as to ABFM.

## ARGUMENT

Although Appellants suggest that ABFM is not a party to the appeal, their Notice of Appeal challenged the Amended Final Judgment and did not expressly state that the notice of appeal was limited to only a part of the judgment or appealable order. (ROA.1241-42). Fed. R. App. P. 3. "Without such an express statement, specific designations do not limit the scope of the notice of appeal." *Id.* So, ABFM is a party to the appeal even if Appellants did not intend it to be.

Appellants' brief makes clear, however, that Appellants have waived any appeal of the District Court's Order dismissing their claims against ABFM for lack of personal jurisdiction. Their Statement of Jurisdiction states that they do not challenge the Amended Final Judgment as to the order granting dismissal of their

10

claims against AAPS. (Appellants' Br. at 1). Appellants also do not raise or brief any issues as to ABFM. (*See generally* Appellants' Br. at 1-2).

"Issues not raised or inadequately briefed on appeal are waived." *Adams v. Unione Mediterranea Di Sicurta*, 364 F.3d 646, 653 (5th Cir. 2004) (citing *Patterson v. Mobil Oil Corp.*, 335 F.3d 476, 483 n.5 (5th Cir.2003) (issue not raised on appeal)). Because Appellants did not make an argument challenging the District Court's determination that it lacked personal jurisdiction over ABFM and dismissed the Appellants' claims on that basis, any challenge to the judgment as to ABFM is waived. The District Court's Judgment as to ABFM should be affirmed.

## CONCLUSION

The District Court's Order and Amended Final Judgment dismissing Appellants' claims against ABFM should be affirmed.

Dated: January 16, 2026

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

*/s/ Cassie J. Dallas*
Barry A. Moscowitz
State Bar No. 24004830
Federal Bar ID 31054
bmoscowitz@thompsoncoe.com
Cassie J. Dallas
State Bar No. 24074105
Federal Bar ID 1512089
cdallas@thompsoncoe.com
Shelby G. Hall
State Bar No. 24086717
Federal Bar ID 3192009
shall@thompsoncoe.com
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

*Attorneys for Defendant-Appellee American Board of Family Medicine*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 23(a)(7)(B) because the brief contains 774 words, excluding the part of the brief exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 23(a)(5) and the type-style requirements Fed. R. App. P. 32(a)(6) because this brief has been prepared in proportionally spaced typeface using Microsoft Office Word in 14-point Times New Roman font.

DATE: January 16, 2026              /s/ *Cassie J. Dallas*
                                    *Counsel for Defendant-Appellee*
                                    *American Board of Family Medicine*