# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 12, 2026

Ms. Cassie J. Dallas
Thompson, Coe, Cousins & Irons, L.L.P.
700 N. Pearl Street
25th Floor
Dallas, TX 75201-2832

Mr. Samuel Benjamin Goldstein
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Jason Allen Leckerman
Ballard Spahr, L.L.P.
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

Ms. April Elizabeth Lucas
McGinnis Lochridge, L.L.P.
1111 W. 6th Street
Building B
Suite 400
Austin, TX 78703

Mr. Andrew Layton Schlafly
939 Old Chester Road
Far Hills, NJ 07931-0000

    No. 25-40624   Assoc of Amer Physn v. Bd of Inter Med
                    USDC No. 3:22-CV-240

Dear Counsel,

You must submit the **6 paper copies of your brief** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the **4 paper copies of your record excerpts** required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of July 2, 2018, record excerpts filed in relation to Anders briefs

only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray.

Please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. **Do not submit paper copies without a filing header.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

        Sincerely,

        LYLE W. CAYCE, Clerk

        *Olivia Andry*

        By: _____
        Olivia G. Andry, Deputy Clerk

cc:
- Mr. Eric K. Gerard
- Mr. David Benjamin Gerger
- Mr. Paul Lantieri III
- Mr. Barry Andrew Moscowitz
- Mr. Ashley T. Parrish
- Mr. Daniel Bentele Hahs Tenny
- Mr. Andrew Philip Valencia
- Ms. Elizabeth Weissert