# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————————————————

No. **25-40624**

ASSOCIATION OF AMERICAN PHYSICIANS AND SURGEONS EDUCATIONAL FOUNDATION, AAPS; M.D., M.P.A. PIERRE KORY; M.D., FCCM, FCCP PAUL E. MARIK,

Plaintiffs - Appellants

v.

AMERICAN BOARD OF INTERNAL MEDICINE, ABIM; AMERICAN BOARD OF OBSTETRICS & GYNECOLOGY, ABOG; AMERICAN BOARD OF FAMILY MEDICINE; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants - Appellees

———————————————————

On Appeal from the United States District Court
for the Southern District of Texas, Galveston Division
No. 3:22-CV-240 (The Honorable Jeffrey Brown)

———————————————————

**APPELLEE'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND FOR SUBSTITUTION OF COUNSEL**

———————————————————

Pursuant to Federal Rule of Appellate Procedure 46 and Fifth Circuit Rule 46,

Ashley Parrish, Marcus Eason, April E. Lucas and McGinnis Lochridge

(collectively, "Withdrawing Counsel") respectfully move this Court for leave to

withdraw as counsel of record for Appellee American Board of Obstetrics &

6018073.v1

Gynecology ("Appellee") and for the simultaneous substitution of incoming counsel identified below. In support of this Motion, Withdrawing Counsel states as follows:

## I. GROUNDS FOR WITHDRAWAL

1.   Appellee has retained new legal counsel to represent Appellee in this matter and has consented to the withdrawal of Withdrawing Counsel.

2.   Withdrawing Counsel have conferred with Appellee regarding this transition, and Appellee approves the substitution of counsel.

3.   This motion is not brought for purposes of delay.

## II. SUBSTITUTION OF COUNSEL

4.   Appellee has retained the following incoming counsel, who is admitted to practice before this Court and who has filed or will file a Notice of Appearance in this matter:

Andrew Hatchett and Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia, 30309 Telephone: (404) 881-4826 Email: andew.hatchett@alston.com

## III. PENDING DEADLINES AND ORAL ARGUMENT

5.   Withdrawing Counsel advises the Court of the following known pending deadlines and scheduled proceedings in this matter:

6018073.v1

a.  Oral Argument is currently scheduled for April 27, 2026 at 9:00 a.m. in New Orleans, Louisiana.

b.  No other deadlines are currently pending.

6.  Withdrawing Counsel has advised Appellee of all known pending deadlines and proceedings, including the scheduled oral argument date.

7.  Incoming counsel has been informed of the oral argument date and all other known pending deadlines.

## IV. CONFERRAL WITH OPPOSING COUNSEL

8.  Pursuant to Fifth Circuit Rule 27.4, Withdrawing Counsel has conferred with counsel for Appellant, Andrew L. Schlafly. Appellant does not oppose this Motion.

## V. CONCLUSION AND PRAYER

For the foregoing reasons, Withdrawing Counsel respectfully requests that this Court: (1) grant leave for Ashley Parrish, Marcus Eason, April E. Lucas and McGinnis Lochridge to withdraw as counsel of record for Appellee; (2) recognize Andrew Hatchett and Alston & Bird LLP as substituted counsel of record for Appellee; and (3) grant any other relief the Court deems appropriate.

6018073.v1

Respectfully submitted,

Date:  April 14, 2026

**MCGINNIS LOCHRIDGE LLP**

Ashley Parrish
State Bar No. 15536850
Federal Bar No. 2229186
aparrish@mcginnislaw.com
500 N. Akard St., Ste. 2250
Dallas, Texas 75201
(214) 307-6960
(214) 307-6990 FAX

Marcus Eason
State Bar No.: 24092374
Federal Bar No. 2609087
meason@mcginnislaw.com
609 Main St., Ste. 2800
Houston, Texas 77002
(713) 615-8500
(713) 615-8585 FAX

April E. Lucas
State Bar No. 24046323
alucas@mcginnislaw.com
McGinnis Lochridge LLP
1111 W. 6th St., Bldg. B, Suite 400
Austin, TX 75703
(512) 495-6156
(512) 505-6356 FAX

*Attorneys for Defendant-Appellee*
*American Board of Obstetrics &*
*Gynecology*

## CERTIFICATE OF CONFERENCE

Pursuant to Fifth Circuit Rule 27.4, I certify that on April 13, 2026  I conferred with Andrew L. Schlafly, counsel for Appellant, regarding this Motion. Appellant does not oppose this Motion.

*s/Ashley Parrish*
Ashley Parrish

6018073.v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026, I electronically filed the foregoing Motion with the Clerk of the United States Court of Appeals for the Fifth Circuit using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/Ashley Parrish*
Ashley Parrish

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

Defendant-Appellee American Board of Obstetrics & Gynecology ("ABOG") certifies that ABOG has no parent corporation and there is no publicly-held corporation that owns 10% or more of its stock.

Defendant-Appellee ABOG, through its undersigned counsel, certifies that the following listed persons and entities, as described in the fourth sentence of Local Rule 28.2.1, have an interest in the outcome of this case. These representations are

6018073.v1

made in order that the Honorable Judges of this Court may evaluate possible

disqualification or recusal:

<u>Defendants-Appellees</u>

1. American Board of Internal Medicine

2. American Board of Family Medicine

3. American Board of Obstetrics & Gynecology

4. Alejandro Mayorkas and then Kristi Noem, Secretary, U.S. Department of
Homeland Security
<u>Counsel for Defendants-Appellees</u>

Jason Leckerman
Paul Lantieri III
Elizabeth Weissert
Andrew Philip Valencia
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103

Eric K. Gerard
HOGAN LOVELLS US, L.L.P.
609 Main Street, Suite 4300
Houston, Texas 77002

David Gerger
GERGER HENNESSY & MARTIN LLP
700 Louisiana, Suite 2300
Houston, Texas 77002

Ashley Parrish
MCGINNIS LOCHRIDGE LLP
500 N. Akard Street, Suite 2250
Dallas, Texas 75201

April Lucas
MᴄGɪɴɴɪs Lᴏᴄʜʀɪᴅɢᴇ LLP
1111 W. 6th St., Bldg. B, Suite 400
Austin, TX 75703

Marcus Eason
MᴄGɪɴɴɪs Lᴏᴄʜʀɪᴅɢᴇ LLP
609 Main St., Ste. 2800
Houston, Texas 77002

Barry Moscowitz
Cassie J. Dallas
Shelby Hall
Tʜᴏᴍᴘsᴏɴ, Cᴏᴇ, Cᴏᴜsɪɴs & Iʀᴏɴs, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, TX 75201
Simon Christopher Brewer
Samuel B. Goldstein
Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Dᴇᴘᴀʀᴛᴍᴇɴᴛ ᴏғ Jᴜsᴛɪᴄᴇ, Cɪᴠɪʟ Dɪᴠɪsɪᴏɴ Aᴘᴘᴇʟʟᴀᴛᴇ Sᴇᴄᴛɪᴏɴ
950 Pennsylvania Avenue NW
Washington, DC 20530

Daniel Bentele Hahs Tenny
Michael P. Clendenen
Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Dᴇᴘᴀʀᴛᴍᴇɴᴛ ᴏғ Jᴜsᴛɪᴄᴇ, Cɪᴠɪʟ Dɪᴠɪsɪᴏɴ
1100 L Street NW
Washington, DC

Indraneel Sur
Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Dᴇᴘᴀʀᴛᴍᴇɴᴛ ᴏғ Jᴜsᴛɪᴄᴇ
Suite 12306
PO Box 883
Washington, DC

Plaintiffs-Appellants:

1. Association of American Physicians and Surgeons Educational Foundation

2. M.D., M.P.A. Pierre Kory
3. M.D., FCCM, FCCP Paul E. Marik

6018073.v1

Counsel for Plaintiffs-Appellants
Andrew L. Schlafly
939 Old Chester Rd.
Far Hills, New Jersey 07931

*s/Ashley Parrish*
Ashley Parrish

*Attorneys of record for Attorneys for Defendant-Appellee American Board of Obstetrics & Gynecology*

6018073.v1