**Andrew L. Schlafly**
**Attorney at Law**
939 Old Chester Rd.
Far Hills, NJ 07931
(908) 719-8608
(908) 934-9207 (fax)
aschlafly@aol.com

April 20, 2026

**BY CM/ECF**

Chief Judge Jennifer Walker Elrod and
  Judges James C. Ho and Irma Carrillo Ramirez
U.S. Court of Appeals for the Fifth Circuit
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130

> **Re:** *Assoc of Amer Physn v. Bd of Inter Med*, **No. 25-40624 (5th Cir.)**
> **Oral argument scheduled for April 27, 2026 (session #43)**

Dear Chief Judge Elrod, and Judges Ho and Ramirez,

On behalf of Plaintiffs-Appellants Association of American Physicians and Surgeons Educational Foundation, *et al.*, we respectfully submit this letter pursuant to FED. R. APP. P. 28(j).

On March 31, the U.S. Supreme Court issued an 8-1 decision in *Chiles v. Salazar*, No. 24-539, 146 S. Ct. 1010, 2026 U.S. LEXIS 1565 (2026). This decision reversed lower courts that had upheld a Colorado law banning conversion therapy by licensed counselors.

The Supreme Court's strong ruling concluded that:

> the First Amendment stands as a shield against any effort to enforce orthodoxy in thought or speech in this country. It reflects instead a judgment that every American possesses ***an inalienable right to think and speak freely***, and a faith in the free marketplace of ideas as the best means for discovering truth.

*Id.* at *37 (emphasis added).

Admittedly, state action in the *Chiles* case was indisputable: plaintiff challenged a Colorado law that censored speech based on viewpoint. The Court described that as an "'egregious' assault" by Colorado on this inalienable right, and held that strict scrutiny applies to the law. *Id.* (citation omitted).

Less egregious, or more sophisticated, interferences with this "inalienable right" are also unconstitutional under a fair reading of this recent opinion. The Court's strong wording did not leave any room for an indirect interference with the free marketplace of ideas, such as by Colorado encouraging licensed counselors to have board certification and the private certifying entity then expelling any counselors who provide conversion therapy. The 8-1 Court was clear that it protects the free marketplace of ideas, because that is "the best means for discovering truth." *Id.*

This decision in *Chiles* supports Plaintiffs' argument in their briefs based on Judge Wisdom's opinion in *Sims v. Jefferson Downs Racing Ass'n*, 778 F.2d 1068 (5th Cir. 1985) (argued by Pls. Opening Br. 36-37 and Reply Br. 9-12). Now the Supreme Court has fully embraced the essential judicial role to protect the free marketplace of ideas against infringement on the right of "every American … to think and speak freely." *Chiles*, 2026 U.S. LEXIS 1565, at *37.

Respectfully submitted,

s/ Andrew L. Schlafly

Andrew L. Schlafly
Counsel for Plaintiffs-Appellants

Word Count: 344
cc: Counsel of Record (via CM/ECF)

2